156

367 A.2d 1089

COMMONWEALTH of Pennsylvania

v.

Clarence R. DAVIS, Jr., Appellant (two cases).

No. 390-495.

Supreme Court of Pennsylvania.

Argued Jan. 20, 1976.

Decided Jan. 28, 1977.

Marilyn J. Gelb, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.

NIX, J., did not participate in the consideration or decision of this case.

ROBERTS, J., dissents and would grant appellant a new trial.